IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 3:14-CR-408-WKW |
| ) | |
| WAYNE CLYDE TERRY ) | |

## **ORDER**

On September 18, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 245.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Defendant's Renewed Preliminary Motion to Suppress Statement (Doc. # 239) is DENIED.

DONE this 7th day of October, 2015.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE